JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5309RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| RICHARD A. PEIRCE, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; the Court also finds that the failure to grant such a continuance in this proceeding would be likely to result in a miscarriage of justice; and, that the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking account the exercise of due diligence; therefore,

//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  //

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1   IT IS HEREBY ORDERED that the **Trial Date be continued to December 5,**
2   **2005 at 9:30 a.m.. The Pretrial Conference/Motion Hearing (if needed) is scheduled**
3   **for Thursday November 10, 2005 at 9:30 a.m. The motions cutoff is continued to**
4   **October 3, 2005.** The period of delay resulting from this continuance from July 20,
5   2005 to December 5, 2005 is hereby excluded for speedy trial purposes under 18 U.S.C.
6   §3161(h)(8)(A) and (B).
7   IT IS SO ORDERED this 22nd day of July, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/                                 /s/
Linda R. Sullivan                Janet Freeman
Attorney for Defendant       Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE    3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**