Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-5457RBL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING TRIAL |
| ) | |
| JARVIS J. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

The Court having review a stipulated motion filed by the parties concerning scheduling in this case;

THE COURT FINDS that this is a factually-complicated case arising out of a murder and the investigation of that murder, in which defendant is charged with misprision of a felony and with making a false statement, and in which discovery extends to hundreds of pages;

THE COURT FURTHER FINDS that defense counsel will require additional time beyond the currently-scheduled trial date of August 8, 2005, in order adequately to investigate the case and effectively to represent defendant;

THE COURT FURTHER FINDS that defendant has filed a waiver of his right to speedy trial waiving that right through December 22, 2005; and

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public

and of the defendant in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until November 28, 2005, and that the period of time from August 8, 2005, up to and including November 28, 2005, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A);

IT IS FURTHER ORDERED that any pretrial motions in this case be filed by September 12, 2005, and that any responses to such motions be filed by September 26, 2005, and that a pre-trial conference in this case be scheduled for 9:00 a.m. on November 16, 2005.

IT IS SO ORDERED this 25th day of July, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney


/s/Tessa M. Gorman
TESSA M. GORMAN
Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-7970
Fax: (206) 553-0755
E-mail: Andrew.Friedman@usdoj.gov
        Tessa.Gorman@usdoj.gov


s/Paula T. Olson
PAULA T. OLSON
Attorney for Jarvis J. Williams

Burgess Fitzer, P.S.
1501 Market Street, Suite 300
Tacoma, Washington 98402-3333
Telephone: (253) 572-5324
Fax: (253) 627-8928
E-mail: rec@burgessfitzer.com